■ In the Matter of JESUS DIAZ, Petitioner, v PHILIP COOMBE, JR., as Commissioner of the Department of Correctional Services, et al., Respondents. [649 NYS2d 846] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Washington County) to review a de-

termination of respondent Commissioner of Correctional Services which found petitioner guilty of violating a prison disciplinary rule.

Petitioner was an inmate at Great Meadow Correctional Facility in Washington County when he was found guilty of violating a prison disciplinary rule prohibiting extortion. Respondent Commissioner of Correctional Services subsequently affirmed the decision. Petitioner then commenced this CPLR article 78 proceeding. Some 10 months later, however, the Commissioner conducted a review of the administrative proceedings and issued a determination reversing the finding of guilt and expunging it from petitioner's records. As petitioner is no longer aggrieved, the matter is dismissed as moot (see, *Matter of Gonzalez v Jones*, 115 AD2d 849, 850-851; see also, *Matter of Rivera v Coughlin*, 184 AD2d 933; *Matter of Bonilla v Lacy*, 174 AD2d 909).

Cardona, P. J., Mercure, Crew III, Casey and Carpinello, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.